

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 15-MJ 0746 |
| Kenneth Andre Jamerson | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>May 4, 2015</u>, _____, at <u>2:30</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>Jean P. Rosenbluth</u>, in Courtroom <u>827-A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: <u>4/28/15</u>

U.S. ~~District Judge~~/Magistrate Judge